LEO GLINSKI, Respondent, v. NORMAN E. MACK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

HELEN GLINSKI, Respondent, v. NORMAN E. MACK, Doing Business under the Assumed Name and Style of "BUFFALO EVENING TIMES," Appellant.—Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOSEPH H. PIERCE and Another, Appellants, Respondents, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 12 OF THE TOWNS OF RIDGWAY AND SHELBY, ORLEANS COUNTY, NEW YORK, Respondent, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALVAH L. JUST, Respondent, v. LEONARD M. THORN, Defendant, Impleaded with THORN MACHINE TOOL CORPORATION, Appellant. (Appeal No. 1.) — Appeal from order denying defendant's motion to examine plaintiff before trial dismissed, with ten dollars costs and disbursements, on the ground that the individual defendant alone moved for the examination and the defendant corporation alone appealed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALVAH L. JUST, Respondent, v. LEONARD M. THORN, Defendant, Impleaded with THORN MACHINE TOOL CORPORATION, Appellant. (Appeal No. 2.) — Order granting plaintiff's motion to examine defendants before trial affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ASSOCIATED BUFFALO ARCHITECTS, INC., Respondent, for a Peremptory Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF BUFFALO, NEW YORK, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER W. LANGE, Respondent, v. COMPANIA MINERA "SAN PASCUAL DE LAS ADARGAS, S. A." and Others, Appellants, Impleaded with Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE B. DOYLE, an Infant, by JOHN E. DOYLE, His Guardian ad Litem, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN E. DOYLE, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHRISTINA BIANCHI, as Administratrix, etc., of PIETRO BIANCHI, Deceased, Appellant, v. PASQUALE FERRARI and Another, Respondents.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES H. CHAMBERLAIN, Respondent, v. CHAMBERLAIN, CARE & BOYCE,